**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Salazar, | No. CV-24-00668-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Thunderbird Restaurants LLC, et al., | |
| Defendants. | |

The parties filed a joint notice of discovery dispute. (Doc. 46.) That notice, however, does not provide a clear explanation of the parties' disputes. According to plaintiff, defendants provided incomplete responses and inappropriate objections to discovery requests. Defense counsel initially promised to supplement the responses, but that did not occur. According to defendants, the notice of discovery dispute is premature because the parties have not yet conferred. (Doc. 46 at 3.) On the merits of the disputes, defendants argue their objections were valid because plaintiff's discovery requests were "facially overbroad." (Doc. 46 at 4-5.) Despite that, defense counsel states he "has made numerous follow-up requests to Defendants to double and triple check their devices, files, and records to see if any further information related to Plaintiff exists." (Doc. 46 at 5.) That statement indicates defendants may have already produced all responsive documents such that there are no additional documents the court could order to be produced.

Based on the parties' notice, the court cannot determine the precise rulings they seek. Plaintiff's counsel sent a letter outlining his position on numerous discovery requests,

but it is not clear why defendants disagree on each request, assuming they do so. The parties must conduct a real-time consultation (telephonic or in-person) to discuss their discovery disputes. If they cannot resolve their disputes, they may present their disputes again, but any renewed filing must make clear the precise nature of the dispute, their positions on each dispute, and the ruling they seek from the court.

**IT IS ORDERED** within ten days of this order the parties shall conduct a real-time consultation to discuss their discovery disputes.

Dated this 24th day of March, 2025.

Honorable Krissa M. Lanham
United States District Judge