**WO**

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| Juan Salazar, | No. CV-24-00668-PHX-KML |
| Plaintiff, | **ORDER** |
| v. | |
| Thunderbird Restaurants LLC, et al., | |
| Defendants. | |

On May 22, 2025, the parties filed a joint statement of discovery dispute regarding interrogatories and requests for production. (Doc. 59.) Many of the disputed discovery requests seek very specific information, such as the exact dates and time plaintiff performed work. (Doc. 59 at 2.) In the context of the Fair Labor Standards Act, it is the employer's burden to maintain records. *See Senne v. Kansas City Royals Baseball Corp.*, 934 F.3d 918, 939 (9th Cir. 2019). Plaintiff has no obligation to provide the exact information defendants seek. Other disputed requests seek the production of documents or information, but plaintiff states no additional documents or information exists. (Doc. 59 at 6.) The court cannot require plaintiff produce documents or information he does not have. Except for the request discussed below, defendants are not entitled to any additional production from plaintiff at this time.

/

/

/

The only disputed discovery request that requires supplementation is request for production number 5 that appears to seek tax-related documents. Plaintiff need not produce his tax returns, but he must produce any documents that are still within his possession reflecting wages received from defendants, such as W-2s.

**IT IS SO ORDERED**.

Dated this 28th day of May, 2025.

_____
Honorable Krissa M. Lanham
United States District Judge